# Court of Appeals
# of the State of Georgia

ATLANTA,  March 15, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0307.  EUGENE FRENCH v. THE STATE.**

In 2006, a jury found Eugene French guilty of two counts of aggravated child molestation, and we affirmed his convictions on direct appeal.  *French v. State*, 288 Ga. App. 775 (655 SE2d 224) (2007).  In 2016, French filed an extraordinary motion for a new trial, which the trial court denied in an order entered on December 28, 2016. On February 15, 2017, French filed this application for discretionary review.  We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  French's application is untimely, as it was filed 49 days after entry of the order he seeks to appeal.  Accordingly, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/15/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*